AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

FILED
SEP 1 6 2019
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* ) Case No. 3:19- SW255
)
7710 Hermitage Drive (formerly 6191 Plank Road), )
Fredericksburg, VA 22407 )
)

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the   Eastern   District of   Virginia
*(identify the person or describe the property to be searched and give its location)*:

7710 Hermitage Drive (formerly 6191 Plank Road), Fredericksburg, VA 22407, more fully described in Attachment A, incorporated by reference herein.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B, incorporated by reference herein.

**YOU ARE COMMANDED** to execute this warrant on or before   September 17, 2019   *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____ .
*(United States Magistrate Judge)*

☑ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____ .

/S/
Date and time issued:   September 3, 2019 1:00 pm      David J. Novak
United States Magistrate Judge

City and state:   Richmond, Virginia      David J. Novak, U.S. Magistrate Judge
*Printed name and title*

SEP 16 2019

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return |||
|---|---|---|
| Case No.:<br>3:19- SW 255 | Date and time warrant executed:<br>9-5-19 - 1045 AM | Copy of warrant and inventory left with:<br>Nathaniel White |
| Inventory made in the presence of :<br>SA TAC Smith |||
| Inventory of the property taken and name of any person(s) seized:<br><br>Approximately 6 grams of marijuana<br><br>1 bong<br>1 grinder used to grind marijuana<br>1 9mm Ruger serial # 331-25035 |||

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 9-16-19

_____
Executing officer's signature

SA Nic Kade, DEA
Printed name and title